Case 4:17-cv-01158   Document 18   Filed in TXSD on 06/23/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 23, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEAH JENKINS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-1158 |
| § | |
| HARTFORD UNDERWRITERS § | |
| INSURANCE COMPANY, *et al*, § | |
| § | |
| Defendants. § | |

**ORDER OF REMAND**

Pending before the Court is the plaintiff's motion to remand (Dkt. No. 9), and the defendants' response to the plaintiff's motion. (Dkt. No. 15). After having reviewed the motion, the Court determines that the plaintiff's motion to remand should be **GRANTED**. Accordingly, it is ORDERED that the plaintiff's motion to remand is **GRANTED**.

It is, therefore, ORDERED that the above-styled and numbered civil action is, therefore, REMANDED to the 55th Judicial District Court of Harris County, Texas, where it was originally filed and assigned Cause No. 2017-13530.

It is so **ORDERED**.

SIGNED on this 23rd day of June, 2017.

_____
Kenneth M. Hoyt
United States District Judge